Ian E. Silverberg, Esq. (#5501)
227 Clay St.
Reno, NV 89501
(775) 750-0660
Attorney for Plaintiff
DAVID BORUCHOWITZ

# UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BORUCHOWITZ, | )<br>) |
| Plaintiff, | )<br>)  3:12-cv-00196-RCJ-VPC |
| vs. | ) |
| ROBERT BECKETT et al., | )  **STIPULATION FOR DISMISSAL**<br>)  **WITH PREJUDICE** |
| Defendants. | ) |

This matter having been resolved it is hereby stipulated that this case shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 2nd day of November, 2017

/s/ Ian E. Silverberg, Esq.
Ian E. Silverberg, Esq.
Attorney for Plaintiff
DAVID BORUCHOWITZ

/s/ Kathleen A. Wilde, Esq.
Kathleen Wilde, Esq.
Attorney for Defendant
ROBERT BETTINGER

/s/ Jeffrey I. Pitegoff, Esq.
Jeffrey I. Pitegoff, Esq.
Attorney for Defendant
ROBERT BECKETT

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE
DATED: 11-08-2017

1